

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-25-00215-CV

————————————————

IN THE INTEREST OF L.E. AND E.E., CHILDREN

On Appeal from the 325th District Court
Tarrant County, Texas
Trial Court No. 325-700906-21

Before Bassel, Womack, and Wallach, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

Appellant E.E., acting pro se, attempts to appeal from the trial court's April 22, 2025 "Further Temporary Orders for Modification of Parent–Child Relationship." On May 12, 2025, we notified Appellant of our concern that we lack jurisdiction over this appeal because the order did not appear to be a final judgment or appealable interlocutory order. We informed Appellant that unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal, we could dismiss it for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 44.3. Appellant filed a response, but it does not address our jurisdictional question.

We may consider appeals only from final judgments or from interlocutory orders made immediately appealable by the Texas Legislature. *See Bonsmara Nat. Beef Co. v. Hart of Tex. Cattle Feeders, LLC*, 603 S.W.3d 385, 390 (Tex. 2020). Temporary orders in a suit affecting the parent–child relationship are not appealable interlocutory orders. *See* Tex. Fam. Code Ann. § 105.001(e).

Because we do not have jurisdiction over Appellant's attempted appeal, we dismiss it. *See* Tex. R. App. P. 42.3, 43.2(f); *In re K.S.*, No. 02-20-00409-CV, 2021 WL 126596, at *1 (Tex. App.—Fort Worth Jan. 14, 2021, no pet.) (per curiam) (mem. op.).[1]

Per Curiam

Delivered: June 5, 2025

---

[1]Appellant filed an "Urgent Request for Investigation into Critical Discrepancies in Case Number 325-700906-21," which is denied as moot.